Mary Elizabeth Conn SBN 224597
MARY E. CONN & ASSOCIATES
55 River Street Ste. 230
Santa Cruz, CA  95060
Telephone: (831) 471-7103
Fax: (831) 621-4826
Attorney For Defendant Marcus Law

*E-FILED - 7/14/10*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>v.<br>ORDER CONTINUING HEARING<br><br>MARCUS LAW,<br>                    Defendant. | ) Case No. 5:00-CR-20140-RMW<br>)<br>)<br>) **STIPULATION & ORDER**<br>)<br>)<br>)<br>) |

Defendant Marcus Law, through his attorney, Mary Conn, and Plaintiff United States of America, by and through Assistant United States Attorney, John Glang, hereby agree and stipulate with good cause appearing therefor that the sentencing hearing be continued from July 19, 2010 at 9:00 a.m. to August 12, 2010 at 2:00 p.m.

Date: July 12, 2010

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
JOHN GLANG, AUSA

Stipulation &  Order                              - 1 -

Date: July 12, 2010

\_\_\_\_\_/s/_____
Mary Elizabeth Conn
Attorney for Marcus Law

[] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the sentencing hearing set for July 19, 2010 at 9:00 a.m. shall be continued to August 12, 2010 at 2:00 p.m.

IT IS SO ORDERED.

Date: 7/14/10

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

Stipulation & Order            - 2 -